Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

199 So.2d 180

**Joseph D. RYMAN**

v.

**BOURG TRUCK LINE, INC. (Formerly S. A. Bourg & Sons, Inc.) and the Employers Mutual Liability Insurance Company of Wausau, Wisconsin.**

**No. 48693.**

May 19, 1967.

In re: Bourg Truck Line, Inc., and Employers Mutual Liability Insurance Company of Wausau, Wisconsin applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 196 So.2d 583.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.

199 So.2d 180

**Chester FRANK et ux.**

v.

**GREAT AMERICAN INSURANCE COMPANY.**

**No. 48687.**

May 19, 1967.

In re: Chester Frank et ux. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 196 So.2d 50.